Lucas Schneider
Name
274 Park St.
Mailing address
Anchorage AK 99501
City, State, Zip
907-217-9319
Telephone



NOV 08 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Lucas Canton Schneider,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Unknown named F.B.I. agent(s),

_____,
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Lucas Schneider,
(print your name)

who presently resides at 274 Park St Anchorage AK 99501,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Unknown named F.B.I agent(s)</u> is a citizen of
(name)
<u>Alaska</u>, and is employed as a <u>F.B.I</u>.
(state) (defendant's government position/title)

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
<u>Yes</u> The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state) (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state) (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 10-20-23 to 11-8-23, my civil right to
due process/Deprivation of life
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by Unknown named F.B.I agent(s)
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Since my release 10-20-2023 I have been poisoned and druged by covert means. I am in constant pain.
I have open sores in my mouth, scabs on my tongue, bleeched white gums. These sore are down my throat. I can barely eat w/o extreme pain.
My medical rights are being suspended. I went to Providence Hospital on 10/24/2023 and my more than obvious oral condition was maliciously over looked. I went back on 11-1-2023 with same complaint. My blood pressure was 170/115 from the pain. Again my complaints are ignored and was discharged. Blood Pressure 151/110 This was very unethical to release any patient with a blood pressure over 100. I requested a toxicology test and was denied
All of my electronic communications i.e. Cell phone has been maliciously interrupted. This includes making appointments with follow up care. My calls will not go through or be returned
I am not allowed access to my finacial online banking with proper user name and Password. This includes my social media as well. I have current user name and Password but blocked.
My incoming calls have been blocked.
My inaliable rights are continually under seige without any way to stop it. My life is absoulty indanger and have allready suffered conitual harm. These same named F.B.I agents conspired with D.O.C. to force me to the streets of Anchorage instead of my home town Juneau and are now forcing me to leave my new adress

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ unknown

2. Punitive damages in the amount of $ 1,000,000

3. An order requiring defendant(s) to To stop Poisoning and harrassing and to reinstate my Medical rights

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury.  ✓ Yes  _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage (Location) on 11-8-23 (Date)

ZA
(Plaintiff's Original Signature)

_____ _____
Original Signature of Attorney (if any)    (Date)

_____
_____
_____

Attorney's Address and Telephone Number

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 7 of 7
Case 3:23-cv-00261-JMK   Document 1   Filed 11/08/23   Page 5 of 5