# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| LUCAS CANTON SCHNEIDER,<br>*Plaintiff*<br>v.<br>UNKNOWN NAMED F.B.I. AGENTS,<br>*Defendant* | )<br>)<br>) Civil Action No. 3:23-cv-00261-JMK<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed with prejudice.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: February 9, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*